United States District Court
Southern District of Texas
**ENTERED**
October 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL & MIMI GUZMAN | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-23-019 |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY | § | |

## ORDER OF DISMISSAL

In accordance with the Agreed Stipulation of Dismissal of All Claims and Parties filed on October 4, 2023 (Doc. No. 24), this case is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SIGNED at Houston, Texas, this _____ day of October 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE